**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter  13 |
| | : | |
| Glen Jones | : | |
| | : | |
| Debtor | : | Bankruptcy No. 22-12696 |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 10/07/2022, this case is hereby DISMISSED.

**Date: October 24, 2022**

_____
ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:

Matrix List of Creditors
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2
Schedule A/B
Schedule C
Schedule G
Schedule H
Schedule I
Schedule J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc elf (1/22/15)